1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Arlena V. Carrozzi, SBN 250116
   BULLIVANT HOUSER BAILEY PC
3  601 California Street, Suite 1800
   San Francisco, California 94108
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5  E-Mail: ron.richman@bullivant.com
           susan.olson@bullivant.com
6          arlena.carrozzi@bullivant.com

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>THEODORE WALDAMORE QUANDT, III, doing business as COASTAL CONCRETE CUTTING,<br><br>Defendant. | Case No.: 3:14-cv-03678-EDL<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER THEREON** |

1  Plaintiffs and Defendant have reached a final, binding settlement. Defendant has not
2  formally appeared in this case. Based on the settlement, Plaintiffs request that this matter be
3  dismissed, in its entirety, without prejudice.
4  DATED: October 6, 2014

                                    BULLIVANT HOUSER BAILEY PC

                                    By  /s/ Arlena V. Carrozzi
                                        Arlena V. Carrozzi
                                    Attorneys for Plaintiffs

## ORDER

Plaintiff Laborers Trust Funds having advised this Court that the matter has been settled and having requested that this case be dismissed, in its entirety, without prejudice, and good cause appearing:

IT IS HEREBY ORDERED that this case is dismissed, in its entirety, without prejudice.

DATED: October  14 , 2014

                                    By /s/ Elizabeth D. Laporte
                                        HON. ELIZABETH D. LAPORTE
                                        UNITED STATES MAGISTRATE JUDGE

15259409.1

– 1 –
REQUEST FOR DISMISSAL